FORM oextssp

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 2:10–bk–35829–RJH |
| FRANK ARTHUR CELAYA III<br>dba CJK DESIGN AND DEVELOPMENT<br>dba SAFE AND SOUND CHILD CARE, LLC<br>1712 W. TULSA STREET<br>CHANDLER, AZ 85224<br>**SSAN:** xxx–xx–5569<br>**EIN:** | Chapter: 13 |
| MELISSA ANN CELAYA<br>dba SAFE AND SOUND, LLC<br>1712 W. TULSA STREET<br>CHANDLER, AZ 85224<br>**SSAN:** xxx–xx–0406<br>**EIN:** | |

Debtor(s)

## ORDER RULING ON MOTION TO EXTEND TIME

Debtor(s) have filed a motion to extend the time to file the schedules, statements, statement of current monthly income, declaration of employer payments and/or chapter 13 plan.

**IT IS ORDERED** that the schedules and statements and the statement of current monthly income required to be filed by Federal Rule of Bankruptcy Procedure 1007(b), the declaration of employer payments required to be filed by Local Bankruptcy Rule 1007–1(f) and, if this case is a chapter 13 case, the plan, be filed no later than 12/10/2010. Any request to extend the time to file the list of creditors, credit counseling certificate and/or the statement of social security number required to be filed with the petition by Federal Rule of Bankruptcy Procedure 1007(a), (c) and (f) is denied. In a chapter 7 case, this order does not extend the time for an individual debtor to file the Statement of Intention required by 11 USC Section 521(a)(2). That statement must be filed within 30 days after the date of the filing of the chapter 7 petition or on or before the date of the meeting of creditors, whichever is earlier.

**Date:** December 3, 2010

BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

HONORABLE Randolph J. Haines
United States Bankruptcy Judge